UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| World Lebanese Cultural Union, Inc., a Massachusetts corporation<br>        Plaintiff(s),<br><br>                v.<br>World Lebanese Cultural Union of New York, Inc., a New York corporation<br>        Defendant(s).<br>_____/ | CASE NO. CVF 11 01442 SBA<br><br>STIPULATION AND [PROPOSED]<br>ORDER SELECTING ADR PROCESS |

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Court Processes:**
☐    Non-binding Arbitration (ADR L.R. 4)
☑    Early Neutral Evaluation (ENE)   (ADR L.R. 5)
☐    Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR, must participate in an ADR phone conference and may not file this form. They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

**Private Process:**
☐    Private ADR (*please identify process and provider*) _____

The parties agree to hold the ADR session by:
☐    the presumptive deadline *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.)*

☑    other requested deadline    45 days after CMC on September 13, 2011


Dated: June 14, 2011                             /s/ Roy S. Gordet
                                                 Attorney for Plaintiff

Dated: June 15, 2011                             /s/ Stephanie Stubbe
                                                 Attorney for Defendant

When filing this document in ECF, please be sure to use the appropriate ADR Docket Event, e.g., "Stipulation and Proposed Order Selecting Early Neutral Evaluation."

~~[PROPOSED]~~ ORDER

Pursuant to the Stipulation above, the captioned matter is hereby referred to:

- ☐ Non-binding Arbitration
- ☑ Early Neutral Evaluation (ENE)
- ☐ Mediation
- ☐ Private ADR

Deadline for ADR session

- ☐ 90 days from the date of this order.
- ☑ other   45 days after CMC on 9/13

IT IS SO ORDERED.

Dated: 6/21/11

_Sandra B. Armstrong_
UNITED STATES DISTRICT JUDGE