UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| WORLD LEBANESE CULTURAL UNION, INC., a Massachusetts corporation,<br><br>Plaintiff,<br><br>vs.<br><br>WORLD LEBANESE CULTURAL UNION OF NEW YORK, INC., a New York corporation,<br><br>Defendant. | Case No: C 11-1442 SBA<br><br>**ORDER CONTINUING HEARING**<br><br>Docket 9 |

The hearing on Defendant's motion to dismiss and the Case Management Conference scheduled for September 13, 2011 are CONTINUED to **October 18, 2011 at 1:00 p.m.** The Court, in its discretion, may resolve the motion without oral argument. Fed. R. Civ. P. 78(b); Civ. L.R. 7-1(b). The parties are advised to check the Court's website to determine whether a court appearance is required.

IT IS SO ORDERED.

Dated: September 8, 2011

*Saundra B Armstrong*
SAUNDRA BROWN ARMSTRONG
United States District Judge